PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| SOUTHBRIDGE EXECUTIVE PARK CONDOMINIUM, | CASE NO. 4:17CV1845 |
| Plaintiff, | |
| v. | JUDGE BENITA Y. PEARSON |
| AMERICAN FIRE AND CASUALTY COMPANY, | |
| Defendant. | **ORDER OF DISMISSAL** |

On March 20, 2018, parties settled the case during a mediation with Magistrate Judge Kathleen B. Burke.  *See* ECF No. 29.

On or before April 19, 2018, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this order.

The Telephonic Status Conference set for April 9, 2018 is cancelled.

IT IS SO ORDERED.

| | |
|---|---|
| March 20, 2018 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |